VENABLE LLP
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755
Susan E. Hollander (SBN 133473)
sehollander@venable.com
Kimberly I. Culp (SBN 238839)
kculp@venable.com
Sharoni S. Finkelstein (SBN 271829)
ssfinkelstein@venable.com

Attorneys for Plaintiff
GMYL, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMYL, L.P., a California limited partnership;<br><br>Plaintiff,<br><br>vs.<br><br>PETER COPPOLA BEAUTY LLC, a Delaware limited liability company; PETER COPPOLA, an individual; COPOMON ENTERPRISES, LLC dba KERATIN COMPLEX, a Florida limited liability company; and DOES 1 through 10,<br><br>Defendants. | Case No. 3:15-cv-03724-VC<br><br>**PLAINTIFF GMYL, L.P.'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL;** [~~PROPOSED~~] **ORDER** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Seth A. Gold, State Bar No. 163220, ceases to be involved with this case.

Susan E. Hollander, State Bar No. 133473, and Sharoni S. Finkelstein, State Bar No. 271829, counsel for Plaintiff GMYL, L.P., are now attorneys with the law firm Venable LLP, which will represent GMYL, L.P. in this matter going forward. Kimberly I. Culp, State Bar No. 238839, will also represent GMYL, L.P. pursuant to the Notice of Appearance filed with the Court on March 17, 2016. Accordingly, all correspondence, notices of electronic filings, pleadings, and/or other court documents for GMYL, L.P. should be sent to the following attorneys at the following address:

> Susan E. Hollander (SBN 133473)
> sehollander@venable.com
> Kimberly I. Culp (SBN 238839)
> kculp@venable.com
> Sharoni S. Finkelstein (SBN 271829)
> ssfinkelstein@venable.com
> VENABLE LLP
> 505 Montgomery Street, Suite 1400
> San Francisco, CA 94111
> Telephone:    (415) 653-3750
> Facsimile:    (415) 653-3755

The law firm of K&L Gates LLP shall no longer be counsel of record for Plaintiff GMYL, L.P.

The undersigned parties consent to the above substitution of counsel.

Dated: March 17, 2016

GMYL, L.P.

*/s/ Ken R. Minami/*
Ken R. Minami, VP & General Counsel, The Family Coppola Companies

Dated: March 17, 2016

VENABLE LLP

*/s/ Sharoni Finkelstein/*
Susan E. Hollander
Kimberly I. Culp
Sharoni S. Finkelstein
*Attorneys for GMYL, L.P.*

2

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: March 21, 2016

_____
Hon. Vince Chhabria
United States District Judge