UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMYL, L.P.,<br><br>       Plaintiff,<br><br>    v.<br><br>PETER COPPOLA BEAUTY LLC, et al.,<br><br>       Defendants. | Case No. 15-cv-03724-VC<br><br>**ORDER TO SHOW CAUSE; ORDER SETTING CASE MANAGEMENT CONFERENCE** |

      Peter Coppola and his attorney, Ronald E. D'Anna, are ordered to show cause why they should not be sanctioned under 28 U.S.C. § 1927 and/or the Court's inherent authority.  D'Anna has had actual knowledge of the proceedings against his client since at least October 29, 2015; nevertheless, he and his client failed to participate in this litigation until April 22, 2016.  This has wasted a significant amount of time for the Court and for the plaintiff.

      A hearing on the order to show cause will take place on June 23, 2016.  Peter Coppola and Ronald D'Anna must both personally appear at this hearing.  In addition, local counsel must appear at the hearing.  If GMYL wishes to make any submission in support of sanctions for the conduct of Coppola and D'Anna, it must do so by May 18, 2016.  A written response to the order to show cause, and to any submission by GMYL, is due June 2.

      On the date of the hearing, an in-person case management conference will take place as well.  This means all parties must file a joint case management conference statement by June 16.

      **IT IS SO ORDERED.**

Dated: May 6, 2016

_____
VINCE CHHABRIA
United States District Judge