UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMYL, L.P.,<br><br>    Plaintiff,<br><br>  v.<br><br>PETER COPPOLA BEAUTY LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-03724-VC<br><br>**ORDER EXTENDING CONDITIONAL DISMISSAL DEADLINE** |

  Per the request of the parties, the conditional dismissal remains in effect until August 17, 2016.

  **IT IS SO ORDERED.**

Dated: June 6, 2016

_____
VINCE CHHABRIA
United States District Judge